UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN EDWIN BRONOWSKI,<br><br>    Defendant. | No. CR-13-096-RHW-9<br><br>**ORDER GRANTING JOINT MOTION TO AMEND JUDGMENT AND SENTENCE** |

Before the Court is the parties' Joint Motion to Amend Judgment and Sentence, ECF No. 663. The motion was heard without oral argument and on an expedited basis.

The parties asks the Court to amend the judgment and sentence to specifically state that Defendant is to receive credit for time served from July 11, 2013 to October 24, 2013. The Court finds good cause to grant the motion.

Accordingly, **IT IS ORDERED**:

1. The parties' Joint Motion to Amend Judgment and Sentence, ECF No. 663, is **GRANTED**.

The District Court Executive is directed to enter this order and provide copies to counsel.

**DATED** this 5th day of March, 2014.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\RHW\aCRIMINAL\2013\13-96\Bronowski-9\motion.docx

ORDER GRANTING JOINT MOTION TO AMEND JUDGMENT AND SENTENCE ~ 1