PROB 12C
(7/93)

Report Date: April 8, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 08 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Edwin Bronowski            Case Number: 2:13CR00096-RHW-9

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 24, 2013

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 |
| Original Sentence: | Prison - 6 months        Type of Supervision: Supervised Release<br>TSR - 60 months |
| Asst. U.S. Attorney: | Pamela Byerly       Date Supervision Commenced: March 7, 2014 |
| Defense Attorney: | Federal Defender's Office       Date Supervision Expires: March 6, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #20**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six testes per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 31, 2014, Mr. Bronowski failed to report for drug testing as directed.  He was directed to report to the U.S. Probation Office on April 1, 2014.<br><br>Mr. Bronowski reported to the U.S. Probation Office on April 1, 2014 and provided a urine sample that tested presumptively positive for amphetamines.  He initially denied drug use, but after further discussion with the undersigned officer, admitted to consuming methamphetamine on or about March 30, 2014. Mr. Bronowski signed a drug use admission form indicating this use.<br><br>On April 7, 2014, Mr. Bronowski reported, as directed, to the U.S. Probation Office.  He again provided a urine sample that tested presumptively positive for amphetamines, and again denied drug use.  The sample was prepared to be sent for analysis at the laboratory.  However, after further discussion with the undersigned officer, the offender admitted to consuming methamphetamine on or about April 3, 2014.  Therefore, the sample was not sent in for analysis.  Mr. Bronowski signed a drug use admission form indicating this use. |

Prob12C
Re: Bronowski, Steven Edwin
April 8, 2014
Page 2

    2        **Special Condition # 19**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully completed an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

             **Supporting Evidence**: On April 7, 2014, Mr. Bronowski was scheduled to begin substance abuse treatment. On April 8, 2014, the undersigned officer was contacted by the treatment provider and advised that Mr. Bronowski failed to attend treatment as scheduled.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 8, 2014

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/8/2014
Date