PROB 12C
(7/93)

Report Date: April 16, 2014

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 17 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Edwin Bronowski          Case Number: 2:13CR00096-RHW-9

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 24, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 6 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Sean Thomas McLaughlin | Date Supervision Commenced: March 7, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 6, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/08/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: On April 8, 2014, the undersigned officer was advised that Mr. Bronowski failed to report for treatment as directed. The undersigned officer contacted Mr. Bronowski on April 8, 2014, and directed him to report to the U.S. Probation Office no later than 12pm on April 9, 2014, in order to address his missed treatment session. Mr. Bronowski agreed to do so. On April 9, 2014, Mr. Bronowski failed to report as directed. |
| 4 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On April 9, 2014, the undersigned officer was advised by Mr. Bronowski's girlfriend that the offender dropped her phone off to her at her place of employment, and stated that he was "on the run." The girlfriend further stated that she was unaware of his whereabouts. The undersigned officer has continued to confirm with the girlfriend that Mr. Bronowski was no longer staying at his reported residence with her. As a result, Mr. Bronowski's whereabouts were unknown until he was apprehended by the U.S. Marshals on April 12, 2014. |

Prob12C
Re: Bronowski, Steven Edwin
April 16, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 16, 2014

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

Date