PROB 12C
(7/93)

Report Date: December 29, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2016

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Edwin Bronowski | Case Number: 0980 2:13CR00096-RHW-9 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 24, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison 6 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: October 2, 2015 |
| Defense Attorney: | Richard D. Wall | Date Supervision Expires: March 1, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/22/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On December 28, 2015, the U.S. Probation Office received a completed police report, and a copy of a non-traffic citation issued to Mr. Bronowski. According to the aforementioned documentation, Mr. Bronowski was cited on December 24, 2015, for third degree theft, in violation of Spokane Municipal Code 10.05.100 and RCW 9A.56.050, a gross misdemeanor. According to the police report, Mr. Bronowski was cited for the alleged theft of $481.97 worth of merchandise from the Walmart located at 9212 N. Colton in Spokane, Washington. According to the citation issued, Mr. Bronowski is subject to a mandatory court appearance, and is scheduled to appear to answer for the allegations levied against him on January 6, 2016, at 1330 hours. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 29, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

January 6, 2016

Date