PROB 12C
(7/93)

Report Date: June 17, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2016

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Edwin Bronowski          Case Number: 0980 2:13CR00096-RHW-9

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 24, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 6 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 12 months; TSR - 48 months | |
| Revocation Sentence: | Prison - 7 months; TSR - 41 months | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: October 2, 2015 |
| Defense Attorney: | Richard D. Wall | Date Supervision Expires: March 1, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/22/2015 and 12/29/2015 and request a **SUMMONS.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

5 | **Special Condition # 17**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: On June 16, 2016, the undersigned officer received a voice mail from Mr. Bronowski indicating that he had made the decision to walk away from the Spokane RRC and provided the undersigned officer with his new address. Approximately 5 minutes later the undersigned officer received a voice mail from the director of the Spokane RRC confirming that Mr. Bronowski had left the Spokane RRC against the advice of staff, and that he was subsequently placed on escape status with the facility. Mr. Bronowski reported to U.S. Probation at 0945 hours at which time he admitted to the aforementioned behavior with explanation.

Prob12C
**Re: Bronowski, Steven Edwin**
**June 17, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 17, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 20, 2016

Date