PROB 12C
(6/16)

Report Date: June 27, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 28, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Steven Edwin Bronowski      Case Number: 0980 2:13CR00096-RHW-9

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 24, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 6 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 12 months;<br>TSR - 48 months | |
| Revocation Sentence: | Prison - 7 months;<br>TSR - 41 months | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: October 2, 2015 |
| Defense Attorney: | Richard D. Wall | Date Supervision Expires: March 1, 2019 |

## PETITIONING THE COURT

      To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/22/2015, 12/29/2015, and 6/17/2016 and request a **WARRANT.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: |
| | **Supporting Evidence**: On June 26, 2016, the U.S. Probation Office in Spokane, Washington, received an automated notification indicating that Mr. Bronowski's name had been run by the Spokane Police Department and subsequently the Spokane County Jail. The undersigned officer conducted a search for Mr. Bronowski on the Spokane County Jail website and learned that he had been arrested and booked into the jail on one count of City Assault Domestic Violence, in violation of Spokane municipal code section 10.11.010, a Gross Misdemeanor. |

Prob12C
**Re: Bronowski, Steven Edwin**
**June 27, 2016**
**Page 2**

On June 27, 2016, the undersigned officer received the police report in reference to the above described incident which detailed law enforcement's response to the offender's address, after receiving an anonymous 9-1-1 call which indicated that Mr. Bronowski's girlfriend had been "beaten up" by the offender. After an investigation of the incident, law enforcement observed a cut and some bruising under the eye of the offender's girlfriend. Mr. Bronowski was subsequently contacted behind the residence and arrested for the incident.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

June 28, 2016

Date