PROB 12C  
(6/16)

Report Date: July 14, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Edwin Bronowski | Case Number: 0980 2:13CR00096-RHW-9 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 24, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 6 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 12 months;<br>TSR - 48 months | |
| Revocation Sentence: | Prison - 7 months;<br>TSR - 41 months | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: October 2, 2015 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: March 1, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/22/2015, 12/29/2015, 06/17/2016, and 6/27/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On June 26, 2016, the U.S. Probation Office in Spokane received notification from the Washington State Patrol that Mr. Bronowski's name had been run by the agency. A police report was requested on the contact, and on July 12, 2016, the U.S. Probation Office received the completed report from the Washington State Patrol. According to the police report and attached citation, on June 26, 2016, Mr. Bronowski was stopped by the agency due to having a defective headlamp. Mr. Bronowski identified himself by a "punched" Washington State driver's license, and indicated to the officer that he did not have a license and it was suspended. Mr. Bronowski was the lone occupant in the vehicle. A subsequent Department of Licensing inquiry confirmed that Mr. Bronowski's current |

Prob12C
Re: Bronowski, Steven Edwin
July 14, 2016
Page 2

driving status was suspended in the 3rd degree as of March 18, 2013.

Mr. Bronowski was cited for Driving While License Suspended in the 3rd Degree, in violation of RCW 46.20.342.1C, a misdemeanor. According to court records the charge was dismissed on July 5, 2016. It should be noted that the police report did indicate that Mr. Bronowski was respectful and cooperative throughout the officer's interaction with him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/14/2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Robert A Whaley* (signature)

Signature of Judicial Officer

July 15, 2016
Date