PROB 12C
(6/16)

Report Date: July 27, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Edwin Bronowski    Case Number: 0980 2:13CR00096-RHW-9

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 24, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 6 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 12 months; TSR - 48 months | |
| Revocation Sentence: | Prison - 7 months; TSR - 41 months | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: October 2, 2015 |
| Defense Attorney: | Richard D. Wall | Date Supervision Expires: March 1, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/22/2015, 12/29/2015, 06/17/2016, 06/27/2016 and 07/14/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On July 13, 2016, the U.S. Probation Office in Spokane received notification from Spokane County Sheriff's Office Detention Services that Mr. Bronowski's name had been run by their agency. A police report was requested, and on July 18, 2016, the completed report was received. According to the police report, and attached charging request and witness list, on July 12, 2016, a detective with the Spokane County Sheriff's Office was investigating an unrelated shooting, at which time the detective began listening to Spokane County Jail calls associated with a specific number. |

During the course of the investigation, several phone calls were identified as being made to Ms. Amy Altona by Mr. Steven Bronowski using the "pin number" of other jail inmates. The detective determined through voice verification on other phone calls in which Mr. Bronowski identified himself by name that the voice on the phone was in fact Mr. Bronowski. Mr. Bronowski currently has an active no contact order with Ms. Amy Altona, due to an ongoing investigation regarding a current domestic violence incident alleged to have occurred between the two parties that was the basis for the violation report provided to the Court on July 14, 2016.

In one of the phone calls Mr. Bronowski is heard informing Ms. Altona "If Amy doesn't show up to Court... or whatever Amy shows up to Court and says it didn't happen... it all goes away." Mr. Bronowski later asks Ms. Altona "Are you on board?" The report concludes that there is probable cause to charge Mr. Bronowski with tampering with a witness, as well as the misdemeanor no-contact order violations resulting from his continued contact with the protected party. Tampering with a Witness is a violation of RCW 9A.72.120, and is a Class C Felony. Violation of a no contact order is a violation of RCW 26.50.110, and is a gross misdemeanor. Mr. Bronowski is currently scheduled to be arraigned on these charges on July 26, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 27, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

July 27, 2016

Date